# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>SONESAY RATHSAMY,<br><br>             Defendant. | NO. 1:11-CR-00229 AWI<br><br>ORDER REASSIGNING THIS ACTION TO DISTRICT COURT JUDGE WILLIAM B. SHUBB |

The court finds it necessary to reassign this action from the docket of District Court Judge Anthony W. Ishii to District Court Judge William B. Shubb. <u>See</u> Local Rule Appendix A(f)(1). The Clerk of the Court is DIRECTED to reassign this action to District Court Judge William B. Shubb.

IT IS SO ORDERED.

Dated:   December 7, 2011                                                  
                                                           CHIEF UNITED STATES DISTRICT JUDGE