KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant SONESAY RATHSAMY

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00229 AWI |
| Plaintiff, ) | REQUEST FOR ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO BRING MATERIAL WITNESS LEE SAYSANASY TO DEFENDANT'S JURY TRIAL |
| ) | Trial: 12/13/2011 |
| SONESAY RATHSAMY, ) | Witness needed: 12/14/2011, at. 9:00 a.m. |
| Defendant. ) | |

## REQUEST FOR ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF THE ABOVE-ENTITLED COURT:

Defendant SONESAY RATHSAMY, through his attorney KATHERINE HART, hereby petitions the Court for a Writ of Habeas Corpus Ad Testificandum for witness LEE SAYSANASY to be produced for trial. The following facts and circumstances support this petition:

1

That said LEE SAYSANASY is currently confined at the Fresno County Jail under the control of the FRESNO COUNTY SHERIFF'S DEPARTMENT. LEE SAYSANASY was booked into the Fresno County Jail on November 13, 2011 and is currently housed on Main Jail 6. His Jail Identification Number is 0744191. His booking number is 114552. His date of birth if 3/31/1970. On November 16, 2011, he was interviewed by licensed private investigator RICHARD l. BARNES, retained by the defense in the above-entitled case. LEE SAYSANASY is a material witness who was present at the time of the events giving rise to the charge against defendant SONESAY RATHSAMY. The presence of LEE SAYSANASY is necessary to the defense, as defendant is calling all witnesses he can locate who were present at the time of Defendant RATHSAMY's arrest for ex-felon in possession of a weapon.

WHEREFORE, I respectfully request that the Clerk of the Court be directed to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM commanding the United States Marshals of the Eastern District and the FRESNO COUNTY SHERIFF'S DEPARTMENT to take LEE SAYSANASY, I.D. Number 0744191 into their custody and to produce LEE SAYSANASY in the United States Courthouse in Fresno, California on December 14, 2011, the second day of the jury trial scheduled to begin December 13, 2011, and continuing until such time as his testimony is complete.

Respectfully submitted,

DATED: December 7, 2011    /s/ Katherine Hart
                            KATHERINE HART, Attorney for
                            SONESAY RATHSAMY

KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant SONESAY RATHSAMY

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00229 AWI |
| Plaintiff, | ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO THE FRESNO COUNTY SHERIFF'S DEPARTMENT AND TO THE MARSHAL'S OFFICE, EASTERN DISTRICT, TO BRING MATERIAL WITNESS LEE SAYSANASY TO TESTIFY |
| SONESAY RATHSAMY, | Witness needed: 12/14/2011, at 9:00 a.m. |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That LEE SAYSANASY, inmate in the Fresno County Jail, Inmate Number 0744191, Booking Number 114552, Housing Facility: MJ, 06, 0B, is to be released by the FRESNO COUNTY SHERIFF'S DEPARTMENT, SHERIFF MARGARET MIMS, to the custody of federal marshals from the Eastern District of California, to be transported to the Eastern District Courthouse at 2500 Tulare Street, Eighth Floor, courtroom of the Honorable ANTHONY W. ISHII (or his designee), to

testify in the trial of the above-entitled case on Wednesday, December 14, 2011, or as soon thereafter as may be arranged.  At the conclusion of his testimony, inmate LEE SAYSANASY is to be returned by the Federal Marshals to the Fresno County Jail and returned to the custody of the  FRESNO COUNTY SHERIFF'S DEPARTMENT, under the direction of SHERIFF  MARGARET MIMS.

IT IS SO ORDERED.

Dated:   December 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE