UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SONESAY RATHSAMY,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CV. No. 1:13-240 WBS
CR. No. 1:11-229 WBS

ORDER

----oo0oo----

    Defendant Sonesay Rathsamy has filed a timely petition for habeas corpus relief under 28 U.S.C. § 2255 to set aside, vacate or correct his sentence. For the reasons set forth in the government's response (Docket No. 56), the petition must be denied.

    Defendant's argument challenging the weight of the evidence against him is not cognizable in a § 2255 proceeding. See United States v. Berry, 624 F.3d 1031, 1038 (9th Cir. 2010).

    Defendant's argument of ineffective assistance of counsel fails because he has not satisfied the Strickland v. Washington, 466 U.S. 668, 687-88 (1984), test of showing counsel's performance fell below an objective standard of

1

reasonableness.  Contrary to defendant's assertions, his attorney filed a thorough sentencing memorandum which argued for a downward adjustment due to many factors, including defendant's immigration status.

Defendant's conclusory allegations challenging the accuracy of the Presentence Report are without merit.

IT IS THEREFORE ORDERED that defendant's petition to set aside, vacate or correct his sentence pursuant to 28 U.S.C. § 2255 be, and the same hereby is, DENIED.

DATED:  May 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE