UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SONESAY RATHSAMY, | CV. No. 1:13-240 WBS |
| Petitioner, | CR. No. 1:11-229 WBS |
| | Court of Appeals No. 13-16178 |
| v. | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| UNITED STATES OF AMERICA, | |
| Respondent. / | |

----oo0oo----

This matter is back before this court on remand from the Court of Appeals pursuant to the Order of Appellate Commissioner Peter L. Shaw, for the limited purpose of granting or denying a certificate of appealability from this court's Order of May 2, 2013 denying defendant's petition under 28 U.S.C. § 2255. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

This court is unable to identify any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)). For the reasons spelled out in this court's Order of May 2, 2013, this court finds that petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS THEREFORE ORDERED that a certificate of appealability be, and the same hereby is, DENIED. The Clerk is ordered to forward a copy of this order to the Clerk of the United States Court of Appeals for the Ninth Circuit forthwith.

DATED: July 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE